IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>LUIS TOSCANO-PEREZ,<br><br>        Defendant. | **8:25CR38**<br><br><br>**ORDER** |

This matter is before the court on the Unopposed Motion to Continue Trial (Filing No. 27).   Counsel needs additional time to conduct plea negotiations. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [27] is granted, as follows:

1.  The jury trial, now set for April 22, 2025, is continued to **June 9, 2025**.

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 9, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3.   No further continuances will be granted barring exceptional circumstances.

Dated this 4th day of April, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge